B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Metro Business Solutions, Inc. d/b/a BCT** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4311639** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**701 N. Raddant Road**<br>**Batavia, IL**<br>ZIP Code **60510** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                              Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Metro Business Solutions, Inc. d/b/a BCT** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>          (Name of landlord that obtained judgment) |
| _____<br>          (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Metro Business Solutions, Inc. d/b/a BCT**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Stephen J. Costello**
Signature of Attorney for Debtor(s)

 **Stephen J. Costello 6187315**
Printed Name of Attorney for Debtor(s)

 **Costello & Costello**
Firm Name

 **19 N. Western Ave. (RT 31)**
 **Carpentersville, IL 60110**

_____
Address

           **Email: steve@costellolaw.com**
 **847-428-4544  Fax: 847-428-4694**
Telephone Number

 **May 23, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Michael A. Franck**
Signature of Authorized Individual

 **Michael A. Franck**
Printed Name of Authorized Individual

 **President/Owner**
Title of Authorized Individual

 **May 23, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Metro Business Solutions, Inc. d/b/a BCT**                          ,    Case No. _____
                                                                          Debtor

                                                                            Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **Yes** | **1** | **0.00** | | |
| B - Personal Property | **Yes** | **3** | **816,250.00** | | |
| C - Property Claimed as Exempt | **No** | **0** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **1** | | **250,000.00** | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | **Yes** | **1** | | **0.00** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **16** | | **3,437,564.75** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **1** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I - Current Income of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| J - Current Expenditures of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| Total Number of Sheets of ALL Schedules | | **24** | | | |
| Total Assets | | | **816,250.00** | | |
| Total Liabilities | | | | **3,687,564.75** | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    __Metro Business Solutions, Inc. d/b/a BCT_____,    Case No. _____

                                                         Debtor                                   Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Metro Business Solutions, Inc. d/b/a BCT**
_____,    Case No. _____
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Metro Business Solutions, Inc. d/b/a BCT** _____ , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Payroll Account** | - | 10,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit** | - | 15,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **12-15 Computers w/monitors - $250.00 each = $3,000.00 Digital Platesetter - $5,000.00 Color  Processor - $2,000.00 3 Printers - $250.00 each Phone System with 8 - 10 phones - $5,000.00** | - | 15,750.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Artwork, Software** | - | 3,000.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >  43,750.00
(Total of this page)

___2___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Metro Business Solutions, Inc. d/b/a BCT**                                ,   Case No. _____
                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable - $500,000 to $700,000** | - | 700,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          700,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Metro Business Solutions, Inc. d/b/a BCT**                    ,        Case No. _____
                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **15 Desks w/chairs, Cubicle/partitions, Conference table w/chairs** | - | 2,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Copier, Fax, Cutter, 4 Presses, 4 mermo lines, Misc. binders, Folder - $50,000 to $60,000 and Paper, Plates - $5,000 to $10,000.** | - | 70,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 72,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 816,250.00 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Metro Business Solutions, Inc. d/b/a BCT**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **2010** | | | | | |
| **Graphics Dealers Associatio** **P O Box 68906** **Schaumburg, Il. 60168** | | | - | | **Press** | | | | | |
| | | | | | Value $                    0.00 | | | | **250,000.00** | **250,000.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__    continuation sheets attached

|  | Subtotal (Total of this page) | **250,000.00** | **250,000.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **250,000.00** | **250,000.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                          Case No. _____
                                                                        ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__0__    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Metro Business Solutions, Inc. d/b/a BCT** ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A& B Electric 624 Davy Lane Wilmington, Il. 60481** | - | | **2011 Services** | | | | 2,500.00 |
| Account No. <br><br> **AFGA Finance Group PO Box 223531 Pittsburgh, Pa 15251** | - | | **2010 Lease** | | | | 65,000.00 |
| Account No. <br><br> **AGFA Corporation PO Box 2123 Carol Stream, Il. 60132** | - | | **2010 / 2011 Suppliers** | | | | 675.00 |
| Account No. <br><br> **Alarm Detection Systems 1111 Church Rd. Aurora, Il.  60505-1905** | - | | **2010 Services** | | | | 302.73 |

|  | Subtotal (Total of this page) | 68,477.73 |
|---|---|---|

__15__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metro Business Solutions, Inc. d/b/a BCT**                    ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **All Points Capital** <br> **265 Broadhollow Rd.** <br> **Melville, NY 11747** | - | | | **2010/2011** <br> **Equipment Lease Agreements** | | | | **1,009,055.28** |
| Account No. <br><br> **All Points Capital Corp.** <br> **c/o McGuireWoods LLP** <br> **77 W Wacker Dr.-Ste. 4100** <br> **Chicago, IL 60601-1818** | - | | | **2010** <br> **Loan - Notice purposes** | | | | **0.00** |
| Account No. xxxxxxxxx2004 <br><br> **American Express** <br> **PO Box 360001** <br> **Fort Lauderdale, Fl 33336** | - | | | **Credit card** | | | | **90,938.20** |
| Account No. xxxxxxx2004 <br><br> **American Express** <br> **PO Box 981540** <br> **El Paso, Tx. 79998-1540** | - | | | **Credit card - Notice Purposes** | | | | **0.00** |
| Account No. <br><br> **American Pro-Tech** <br> **PO Box 1027** <br> **Camby, In 46113** | - | | | **2010/11** <br> **Suppliers** | | | | **24,125.60** |

Sheet no. __1___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **1,124,119.08** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **American Ultraviolet** 212 S Mount Zion Rd. Lebanon, In 46052 | | - | | 2010 Suppliers | | | | 639.80 |
| Account No. **AMI** PO Box 4029 St. Charles, Il. 60174-9082 | | - | | 2010/11 Services | | | | 3,843.41 |
| Account No. **xxxxx3001** **Aramark** Market Center Lockbox 25259 Network Place Chicago, IL 60673-1252 | | - | | 2010/2011 Suppliers | | | | 527.97 |
| Account No. **Arkay** 40 S Addison Rd., Ste. 200 Addison, Il. 60101 | | - | | 2010/11 Supplies | | | | 2,387.10 |
| Account No. **Barker Offset Service Corp.** PO Box 862 Belvidere, Il. 61008 | | - | | 2010/11 Services | | | | 188.00 |

Sheet no. __2__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 7,586.28 |

B6F (Official Form 6F) (12/07) - Cont.

In re     **Metro Business Solutions, Inc. d/b/a BCT**                              ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**BCT International**<br>**3000 NE 30th Place**<br>**Ft Lauderdale, Fl 33306** | | - | | **1999**<br>**Franchise agreement** | | | | 800,000.00 |
| Account No. <br><br>**BCT Loves park**<br>**P O Box 2002**<br>**Loves Park, Il 61130** | | - | | **2010/11**<br>**Services** | | | | 417.00 |
| Account No.  **xx0643** <br><br>**Bottcher America**<br>**P O Box 823439**<br>**Philadlephia, Pa 19182-3439** | | - | | **2010/11**<br>**Supplies** | | | | 15,870.63 |
| Account No. <br><br>**Capital Printing & Die Cut**<br>**303 S Highland Ave.**<br>**Aurora, Il. 60506** | | - | | **2010/11**<br>**Supplies** | | | | 1,184.00 |
| Account No. <br><br>**Chilltec, Inc.**<br>**3645 Morton Ave.**<br>**Brookfield, Il 60513** | | - | | **2010/11**<br>**Supplies** | | | | 1,916.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

819,387.63

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                            ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx.xx5936....**<br><br>**City of Batavis**<br>**100 N Island Ave**<br>**Batavia, Il 60510-1972** | - | | **2011**<br>**Services** | | | | 10,397.47 |
| Account No.<br><br>**CompBenefits**<br>**PO Box 219051**<br>**Kansas City, Mo. 64121-9051** | - | | **2010/11**<br>**Services** | | | | 1,403.70 |
| Account No.<br><br>**Corvus Janitorial Systems**<br>**1880 W Fullerton-Bldg. A**<br>**Chicago, Il. 60614** | - | | **2010/11**<br>**Services** | | | | 735.00 |
| Account No.<br><br>**E&H Graphic Service**<br>**21750 Main St., Unit 21**<br>**Matteson, Il. 60443** | - | | **2010/11**<br>**Services** | | | | 6,099.38 |
| Account No.<br><br>**Faust**<br>**325 Cantor Ave**<br>**Linden, NJ 07036** | - | | **2010/11**<br>**Supplier** | | | | 3,320.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,955.55

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metro Business Solutions, Inc. d/b/a BCT**                                           ,        Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx4336**<br><br>**First Communications**<br>**PO Box 71-5248**<br>**Columbus, Oh 43271-5248** | - | | | | **2010/11**<br>**Services** | | | | **485.06** |
| Account No.<br><br>**Fyco Photoengraving**<br>**100 Woodview Drive**<br>**Elgin, Il. 60120** | - | | | | **2010/11**<br>**Supplier** | | | | **596.12** |
| Account No.<br><br>**GE Capital**<br>**PO Box 740425**<br>**Atlanta, Ga 30374-0425** | - | | | | **2010/11**<br>**Lease** | | | | **70,000.00** |
| Account No.<br><br>**Graphic III Papers, Inc.**<br>**307 Eisenhower Lane South**<br>**Lombard, Il. 60148** | - | | | | **2010**<br>**Supplies** | | | | **105,050.69** |
| Account No.<br><br>**Graphics Dealers Assoc.**<br>**(William Germanetti)**<br>**PO Box 68906**<br>**Schaumburg, IL 60168** | - | | | | **Services** | | | | **250,000.00** |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **426,131.87**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                          ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2010 | | | | |
| Great Atlantic Capital Corp 411 Hackensack Ave. Hackensack, NJ 07601 | - | | Services & Lease | | | | 9,000.00 |
| Account No. | | | 2010 | | | | |
| Guardsman Laminating 884 S. County Line Rd. Bensenville, Il. 60106 | - | | Suppliers | | | | 45.00 |
| Account No. **xxxxx04-25....** | | | 2010 | | | | |
| Ikon Financial Services PO Box 650016 Dallas, Tx 75265-0016 | - | | Lease / Services | | | | 1,020.00 |
| Account No. **xxx6765** | | | 2010 | | | | |
| Ikon Office Solutions PO Box 802815 Chicago, Il. 60608 | - | | Lease | | | | 10,503.79 |
| Account No. | | | 2010 | | | | |
| Instant Collating Service 2443 W. 16th Street Chicago, Il. 60638 | - | | Services | | | | 647.64 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,216.43

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metro Business Solutions, Inc. d/b/a BCT**                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2010 Services | | | | |
| Joe & Gayle Franck (#804) 0S558 Skyline Drive Batavia, Il. 60510 | | | | | | | | 60,000.00 |
| Account No. **xxx2655** | | - | | 2010 Services | | | | |
| Jorson & Carlson 1501 Pratt Blvd. Elk Grove, Il. 60007 | | | | | | | | 1,130.64 |
| Account No. | | - | | 2010 Suppliers | | | | |
| Joules Angstrom UV Prtg Ink 104 Heritage Dr Pataskala, Oh 43062 | | | | | | | | 6,875.00 |
| Account No. | | - | | 2010 Services | | | | |
| Keay & Costello 128 S County Farm Rd. Wheaton, Il. 60187 | | | | | | | | 1,118.75 |
| Account No. | | - | | 2010 Services | | | | |
| Komon Communications 1304 Auburn Ave. Naperville, Il. 60565 | | | | | | | | 375.00 |

Sheet no. __7___ of __15___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **69,499.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metro Business Solutions, Inc. d/b/a BCT**                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Larsen Packaging**<br>**120 International Blvd.**<br>**Glendale Heights, Il 60139** | - | | 2010<br>Suppliers | | | | 3,852.36 |
| Account No.<br><br>**MD onE LLC Vendor**<br>**PO Box 68906**<br>**Schaumburg, Il 60168** | - | | 2010<br>Services | | | | 2,802.20 |
| Account No.<br><br>**Mike & Kate Franck** | - | | 2010<br>Services | | | | 2,115.64 |
| Account No.<br><br>**Millennium Marking Co**<br>**2600 Greenleaf Ave**<br>**Elk Grove Village, Il 60007** | - | | 2010<br>Suppliers | | | | 1,109.44 |
| Account No. **x1702**<br><br>**Murnane Paper**<br>**345 Fischer Farm Rd**<br>**Elmhurst, Il 60126-1014** | - | | 2010<br>Suppliers | | | | 12,051.42 |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **21,931.06**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>N & M Transfer<br>630 Muttart Rd.<br>Neenah, Wi 5495 | - | | 2010<br>Services | | | | 510.15 |
| Account No. **BCTIL**<br><br>Nicoat<br>P O Box 809137<br>Chicago, Il 60680-9137 | - | | 2010<br>Vendors/suppliers | | | | 10,117.37 |
| Account No. **xx-xx-92-21-...**<br><br>Nicor Gas<br>PO Box 0632<br>Aurora, Il 60507-0632 | - | | 2010/11<br>Services | | | | 1,285.06 |
| Account No.<br><br>Oldham Group<br>PO Box 5015<br>Springfield, Il 62701 | - | | 2010/11<br>Services/suppliers | | | | 22,965.22 |
| Account No.<br><br>Pelican Paper<br>3000 NE 30th Place-5th Flr<br>Ft Lauderdale, Fl 33306 | - | | 2010/11<br>Suppliers | | | | 56,423.29 |

Sheet no. __9___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **91,301.09**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Metro Business Solutions, Inc. d/b/a BCT**                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx-6638** <br><br> **Pitney Bowes Global Fin.Svc** <br> **PO Box 371887** <br> **Pittsburgh, Pa 15250-7886** | - | | | 2010/11 <br> Lease | | | | 396.00 |
| Account No. <br><br> **Pradip Desai** <br> **1071 Pearlman Dr** <br> **Lake Zurich, Il. 60047** | - | | | 2010/11 <br> Suppliers | | | | 800.00 |
| Account No. <br><br> **Press Smart** <br> **13405 Millbank Drive** <br> **Plaintifle, Il 60585** | - | | | 2010/11 <br> Suppliers | | | | 6,425.51 |
| Account No. **xx4548** <br><br> **PressSense** <br> **PO Box 725** <br> **Lemont, Il 60439** | - | | | 2010/11 <br> Suppliers | | | | 1,679.03 |
| Account No. **x9026** <br><br> **Presstek** <br> **3727 Solutions Center** <br> **Chicago, Il. 60677-3007** | - | | | 2010/2011 <br> Suppliers | | | | 500.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,800.54

B6F (Official Form 6F) (12/07) - Cont.

In re __Metro Business Solutions, Inc. d/b/a BCT_____,    Case No. _____

_Debtor_

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2010/2011 Suppliers | | | | |
| Prime Systems, Inc 416 Mission Street Carol Stream, Il. 60188 | - | | | | | | | 350.00 |
| Account No. | | | | 2010/2011 Services | | | | |
| Robert Doenges 02N129 Saddlebrook Dr. Maple Park, Il. 60151 | - | | | | | | | 100,000.00 |
| Account No. | | | | 2010/2011 Suppliers | | | | |
| Roosevelt Paper Co. Lockbox #5175 PO Box 8500 Philadelphia, PA 19178-5175 | - | | | | | | | 8,699.22 |
| Account No. | | | | Franchise | | | | |
| Royalties/BCT Corp 3000 NE 30th Place - 5th Fl Ft. Lauderdale, Fl 33306 | - | | | | | | | 389,403.01 |
| Account No. | | | | 2010/11 Suppliers | | | | |
| S I Industries of Wisconsin PO Box 742 Watertown, Wi 53094 | - | | | | | | | 5,918.25 |

Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 504,370.48 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Metro Business Solutions, Inc. d/b/a BCT** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8768**<br><br>Safety-Kleen Systems, Inc<br>1506 E Villa St<br>Elgin, Il. 60120 | - | | 2010/11<br>Suppliers | | | | 316.00 |
| Account No. **xxx-xx1-791**<br><br>Selective Insurance Co.<br>Box 371468<br>Pittsburgh, Pa 15250-7468 | - | | 2010/11<br>Insurance | | | | 1,629.00 |
| Account No.<br><br>Sprint<br>PO Box 4181<br>Carol Stream, Il. 60197 | | | 2010/11<br>Services | | | | 524.18 |
| Account No.<br><br>Standard Cartage Company<br>2400 S 27th Ave<br>Broadview, Il 60155 | - | | 2010/11<br>Vendors | | | | 600.00 |
| Account No.<br><br>Staples<br>Dept. DET<br>PO Box 83689<br>Chicago, IL 60696-3689 | - | | 2010/11<br>Suppliers | | | | 1,607.26 |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,676.44

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **605** <br><br> **Sunraise Incorporated** <br> **6457 Lakeshore Road** <br> **Lexington, Mi 48450** | - | | 2010/11 <br> Suppliers | | | | 663.01 |
| Account No. <br><br> **Superior Printing Inks** <br> **100 North Street** <br> **Teterboro, NJ 07608** | - | | 2010/11 <br> Suppliers | | | | 1,929.66 |
| Account No. <br><br> **Therm-O-Type** <br> **PO Box 998** <br> **Nokomis, Fl 34274-0998** | - | | 2010/11 <br> Suppliers | | | | 1,032.75 |
| Account No. <br><br> **Tod Electric Company** <br> **14N079 Gunpowder Lane** <br> **Elgin, Il. 60123** | - | | 2010/11 <br> Services | | | | 824.26 |
| Account No. <br><br> **Tompkins** <br> **5050 N Rose St** <br> **Schiller Park, Il. 60176** | - | | 2010/11 <br> Suppliers | | | | 863.41 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,313.09

B6F (Official Form 6F) (12/07) - Cont.

In re __**Metro Business Solutions, Inc. d/b/a BCT**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Toyo Ink**<br>**710 W Belden, Suite B**<br>**Addison, Il 60101** | - | | **2011/10**<br>**Suppliers** | | | | **400.00** |
| Account No. **xxx x1822, n...**<br><br>**Trodat/Marking Products**<br>**P O Box 6969**<br>**Piscataway, NJ 08855-6969** | - | | **2010/11**<br>**Suppliers** | | | | **2.50** |
| Account No.<br><br>**Twin Oaks Vending**<br>**657 Wolverine Dr.**<br>**Aurora, Il. 60502** | - | | **2010/11**<br>**Vendors** | | | | **304.35** |
| Account No.<br><br>**Unisource**<br>**1141 N Swift Road**<br>**Addison, Il. 60101** | - | | **2010/11**<br>**Suppliers** | | | | **31,000.00** |
| Account No.<br><br>**United Health Care**<br>**Dept. CH 10151**<br>**Palatine, Il. 60055-0151** | - | | **2010/11**<br>**Insurance** | | | | **6,800.62** |

Sheet no. _**14**_ of _**15**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **38,507.47**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **x0722** <br><br> **United Marking** <br> **2255-4 Lois Drive** <br> **Rolling Meadows, Il 60008** | - | | | | 2010/11 Suppliers | | | | 2,412.76 |
| Account No. **xx4858** <br><br> **United Parcel Service** <br> **Lockbox 577** <br> **Carol Stream, Il 60132-0577** | - | | | | 2010/11 Services | | | | 24,195.56 |
| Account No. **xxxx7826** <br><br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, Il. 60673-1280** | - | | | | 2010/11 Services | | | | 250.00 |
| Account No. <br><br> **Waste Management** <br> **P O Box 4648** <br> **Carol Stream, Il. 60197** | - | | | | 2010/11 Services | | | | 422.77 |
| Account No. <br><br> **West Wind Properties** <br> **49W697 Hinkley Rd** <br> **Big Rock, Il 60511** | - | | | | Landlord | | | | 176,009.53 |

Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 203,290.62 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 3,437,564.75 |

B6G (Official Form 6G) (12/07)

.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                    ,    Case No. _____
                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AGFA Finance** | **Lease** |
| **All Points Capital** | **Lease** |
| **GE Capital** | **Lease** |
| **Ikon Financial** | **Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Metro Business Solutions, Inc. d/b/a BCT**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re __Metro Business Solutions, Inc. d/b/a BCT_____     Case No. _____
                                          Debtor(s)     Chapter     __7_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/Owner of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___26___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __May 23, 2011_____     Signature     __/s/ Michael A. Franck_____
                                                      __Michael A. Franck__
                                                      __President/Owner__

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    **Metro Business Solutions, Inc. d/b/a BCT**                    Case No. _____

_____    Chapter    **7**
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2011 Gross sales information on computers in building that landlord is in possession. Unknown** |
| **$3,505,347.00** | **2010 - Gross receipts or sales** |
| **$3,517,070.00** | **2009 - Gross receipts or sales** |
| **$3,740,465.00** | **2008 - Gross receipts or sales** |

**2. Income other than from employment or operation of business**

None ■  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■  *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **All Points Capital Corporation v. Metro Business Solutions, Inc 11-ev-1723** | **Breach of Contract** | **US District Court for the Northern District of Illinois** | **Stayed** |
| **West Wind Properties, LLC vs. Metro Business Solutions, Inc. d/b/a BCT Chicago and Michael Franck Case No. 11 L 188** | **Forcible Entry & Detainer** | **Kane County, Illinois** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Stephen J. Costello, Attorney**<br>**19 N. Western Ave. (Rt. 31)**<br>**Carpentersville, IL 60110** | **3/13/2011** | **Paid $299.00 court costs plus attorney fees $3201.00 to file Chapter 7 bankruptcy** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **New Vision** | **April, 2011** | **Stock ownershipTransfered to New Vision for $1500.00** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Metro Business Solutions, Inc. d/b/a BCT** | **36-4311639** | **(Business Cards Tomorrow) 701 North Raddant Road Batavia, Il. 60510** | **Wholesale Printing** | **Sept., 1999 to April, 2011** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                              DATES SERVICES RENDERED
**William Germanetti, CFO**                                                   **May, 2008**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                         DATES SERVICES RENDERED
**Sager, Haines - Tory Haines**                                              **2004**

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                      ADDRESS
**Tory Haines & William Germanetti**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Michael Franck | President | April, 2011 |
| Katharine Franck | Secretary | April, 2011 |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **May 23, 2011**                               Signature   **/s/ Michael A. Franck**
                                                                   **Michael A. Franck**
                                                                   **President/Owner**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re   **Metro Business Solutions, Inc. d/b/a BCT**                         Case No.
_____
                                        Debtor(s)     Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,201.00** |
| Prior to the filing of this statement I have received | $ | **3,201.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Exemption planning;**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding: negotiations with secured creditors to reduce to market value; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 23, 2011**                              **/s/ Stephen J. Costello**
_____         **Stephen J. Costello 6187315**
                                        **Costello & Costello**
                                        **19 N. Western Ave. (RT 31)**
                                        **Carpentersville, IL 60110**
                                        **847-428-4544  Fax: 847-428-4694**
                                        **steve@costellolaw.com**

---

## CONTRACT FOR LEGAL SERVICES

The undersigned, Metro Business Solutions, Inc. (hereinafter referred to as "Client") hereby enters into this contract for legal services with the law firm of COSTELLO & COSTELLO P.C. (hereinafter referred to as "Firm") and hereby agrees as follows:

1. The law firm of COSTELLO & COSTELLO, P.C. is to be retained by Client to perform legal services in connection with the filing of a Chapter 7 bankruptcy proceeding for Client.

2. Client agrees to pay for such services at the attorney;'s hourly rate of $350.00 per hour for time expended by attorney Stephen J. Costello on behalf of Client. Such hourly rate may be changed from time to time by Firm. Firm shall notify Client of any hourly rate change prior to billing under such changed hourly rate.

3. Client agrees that Firm's duties with regard to the Chapter 7 filing of Metro Business Solutions, Inc. include consultation and advise regarding Chapter 7 and bankruptcy proceedings, preparation of documents for Chapter 7 filing which includes, the petition, schedules, statement of financial affairs, and other documents required for the filing of the Chapter 7, filing of Chapter 7 petition, schedules, etc with the court and attendance at the meeting with the trustee (also called 341 meeting or meeting of creditors), the filing of any all necessary motions for the administration of the Chapter 7, appearance in all bankruptcy court matters including motions filed by creditors, the trustee or other parties in interest, communications with Client's creditors and any claimants against Client and to otherwise advise Client and its employees and agents with regard to such Chapter 7 filing. It is expressly agreed that Firm will not employed for the purposes of liquidating assets or finding buyers of assets and will not be receiving or disbursing funds on behalf of Client or its creditors. It is also expressly understood that firm is not responsible for advising client as to any changes in management or budgeting or other managerial decisions that may or may not be necessary for the reorganization of client's financial affairs. Client further agrees that Firm is under no obligation to represent client in any additional matters except that should the Chapter 7 proceeding be converted to another Chapter of the bankruptcy code, Firm is authorized to continue to represent client although additional retainer may be required for continued representation in such bankruptcy proceedings, if any. Client further understands that Firm's services hereunder include time expended by Firm prior to the date of this contract.

4. Client shall pay to Firm as and for a retainer for representing Client with regard to Chapter 7 the sum of $3,500.00 Which amount includes the court filing fee of $299.00 and which amount shall be deemed earned when paid. Once such retainer is expended (billable amounts exceed such retainer), Firm may request additional retainers in such amount as Firm deems necessary and/or Firm shall bill client for any additional time expended at Firm's hourly rate as set forth hereinabove. Any such billing shall be payable by Client upon receipt.

5. Client agrees that failure to pay any billed amounts due to Firm upon receipt and failure to pay any retainer provided herein or that may be requested by Firm hereafter will constitute a default.

6. Client will inform firm of any change of client's address or telephone number  with the understanding that failure to do so will constitute default. In addition, failure of Client to communicate and cooperate with Firm shall constitute default.

7. Client agrees to inform firm of any difficulties client may have in complying with this contract and that this contract may be altered changed or amended only by mutual agreement and approval by firm in writing

8. Acceptance by firm of late payments does not constitute a waiver and does not alter or change any rights or duties under this contract

9. Client may terminate employment of Firm at any time but such termination will not alter any rights of Firm under this contract and such termination does not reduce the amount owed to Firm except by agreement in writing.

10. Client understands that any default under paragraph 5, or 6 above may result in withdrawal and Firm terminating it representation of Client Firm but such withdrawal will not alter any rights of Firm under this contract and such withdrawal does not reduce the amount owing to firm except by agreement in writing.

11. Client agrees that Client is responsible for all costs of collection, including all court costs and reasonable attorney's fees incurred by Firm in the collection of any sums due hereunder.

12. The term "upon receipt" as used herein shall mean five days from the date of mailing by Firm or one day after fax or e-mail by Firm. Proof of actual receipt by Client of any communication or payment request or retainer request or billing is not required.

13. If client is a corporation and is signed herebelow by an officer of such corporation, then such person signing for client represents that he or she is a duly authorized officer of such corporation and is authorized to enter into this contract on behalf of such corporation and bind such corporation thereto and further agrees that he or she personally and individually guarantees payment of all amounts due from client as provided herein including but not limited to all fees, costs and expenses provided in paragraph 2 hereinabove and further agrees that he or she is responsible for all costs of collection, including all court costs and reasonable attorney's fees incurred by firm in the collection of any sums due hereunder from either client or such person signing personally and individually.

14. **Any notices and/or billing shall be sent to Client by regular mail or fax or e-mail at Firm's election, as follows:**

**Metro Business Solutions, Inc.**
**c/o Michael Franck**
**751 Chasewood Drive**
**South Elgin, IL 600177**

**E-mail:** michael.franck@sbcglobal.net

**The undersigned have voluntarily entered into this contract and by the undersigned's signature(s) below agree to all of the obligations rights and duties herein.**

**Dated this 23rd day of May, 2011.**

**Agreed and signed:**

**Metro Business Solutions, Inc.**

**by** _____
**Its authorized representative**

**Costello & Costello, P.C.**
**19 N. Western Avenue**
**Carpentersville, Illinois 60110**
**Phone (847) 428-4544**
**Fax (847) 428-4694**
**E-mail steve@costellolaw.com**

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **Metro Business Solutions, Inc. d/b/a BCT** _____   Case No. _____

                                            Debtor(s)      Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  _____   **86**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 23, 2011** _____       **/s/ Michael A. Franck** _____

                                            **Michael A. Franck/President/Owner**
                                            Signer/Title

Metro Business Solutions, Inc. d/b/a BCT
701 N. Raddant Road
Batavia, IL 60510

A& B Electric
624 Davy Lane
Wilmington, Il. 60481

AFGA Finance Group
PO Box 223531
Pittsburgh, Pa 15251

AGFA Corporation
PO Box 2123
Carol Stream, Il. 60132

AGFA Finance

Alarm Detection Systems
1111 Church Rd.
Aurora, Il. 60505-1905

All Points Capital
265 Broadhollow Rd.
Melville, NY 11747

All Points Capital

All Points Capital Corp.
c/o McGuireWoods LLP
77 W Wacker Dr.-Ste. 4100
Chicago, IL 60601-1818

American Express
PO Box 360001
Fort Lauderdale, Fl 33336

American Express
PO Box 981540
El Paso, Tx. 79998-1540

American Pro-Tech
PO Box 1027
Camby, In 46113

American Ultraviolet
212 S Mount Zion Rd.
Lebanon, In 46052

AMI
PO Box 4029
St. Charles, Il. 60174-9082

Aramark
Market Center Lockbox
25259 Network Place
Chicago, IL 60673-1252

Arkay
40 S Addison Rd., Ste. 200
Addison, Il. 60101

Barker Offset Service Corp.
PO Box 862
Belvidere, Il. 61008

BCT International
3000 NE 30th Place
Ft Lauderdale, Fl 33306

BCT Loves park
P O Box 2002
Loves Park, Il 61130

Bottcher America
P O Box 823439
Philadlephia, Pa 19182-3439

Capital Printing & Die Cut
303 S Highland Ave.
Aurora, Il. 60506

Chilltec, Inc.
3645 Morton Ave.
Brookfield, Il 60513

City of Batavis
100 N Island Ave
Batavia, Il 60510-1972

CompBenefits
PO Box 219051
Kansas City, Mo. 64121-9051

Corvus Janitorial Systems
1880 W Fullerton-Bldg. A
Chicago, Il. 60614

E&H Graphic Service
21750 Main St., Unit 21
Matteson, Il. 60443

Faust
325 Cantor Ave
Linden, NJ 07036

First Communications
PO Box 71-5248
Columbus, Oh 43271-5248

Fyco Photoengraving
100 Woodview Drive
Elgin, Il. 60120

GE Capital
PO Box 740425
Atlanta, Ga 30374-0425

GE Capital

Graphic III Papers, Inc.
307 Eisenhower Lane South
Lombard, Il. 60148

Graphics Dealers Assoc.
(William Germanetti)
PO Box 68906
Schaumburg, IL 60168

Graphics Dealers Associatio
P O Box 68906
Schaumburg, Il. 60168

Great Atlantic Capital Corp
411 Hackensack Ave.
Hackensack, NJ 07601

Guardsman Laminating
884 S. County Line Rd.
Bensenville, Il. 60106

Ikon Financial

Ikon Financial Services
PO Box 650016
Dallas, Tx 75265-0016

Ikon Office Solutions
PO Box 802815
Chicago, Il. 60608

Instant Collating Service
2443 W. 16th Street
Chicago, Il. 60638

Joe & Gayle Franck (#804)
0S558 Skyline Drive
Batavia, Il. 60510

Jorson & Carlson
1501 Pratt Blvd.
Elk Grove, Il. 60007

Joules Angstrom UV Prtg Ink
104 Heritage Dr
Pataskala, Oh 43062

Keay & Costello
128 S County Farm Rd.
Wheaton, Il. 60187

Komon Communications
1304 Auburn Ave.
Naperville, Il. 60565

Larsen Packaging
120 International Blvd.
Glendale Heights, Il 60139

MD onE LLC Vendor
PO Box 68906
Schaumburg, Il 60168

Michael O'Brien, Esq
124A South County Farm Road
Wheaton, IL 60187

Mike & Kate Franck

Millennium Marking Co
2600 Greenleaf Ave
Elk Grove Village, Il 60007

Murnane Paper
345 Fischer Farm Rd
Elmhurst, Il 60126-1014

N & M Transfer
630 Muttart Rd.
Neenah, Wi 5495

Nicoat
P O Box 809137
Chicago, Il 60680-9137

Nicor Gas
PO Box 0632
Aurora, Il 60507-0632

Oldham Group
PO Box 5015
Springfield, Il 62701

Pelican Paper
3000 NE 30th Place-5th Flr
Ft Lauderdale, Fl 33306

Pitney Bowes Global Fin.Svc
PO Box 371887
Pittsburgh, Pa 15250-7886

Pradip Desai
1071 Pearlman Dr
Lake Zurich, Il. 60047

Press Smart
13405 Millbank Drive
Plaintifle, Il 60585

PressSense
PO Box 725
Lemont, Il 60439

Presstek
3727 Solutions Center
Chicago, Il. 60677-3007

Prime Systems, Inc
416 Mission Street
Carol Stream, Il. 60188

Robert Doenges
02N129 Saddlebrook Dr.
Maple Park, Il. 60151

Roosevelt Paper Co.
Lockbox #5175
PO Box 8500
Philadelphia, PA 19178-5175

Royalties/BCT Corp
3000 NE 30th Place - 5th Fl
Ft. Lauderdale, Fl 33306

S I Industries of Wisconsin
PO Box 742
Watertown, Wi 53094

Safety-Kleen Systems, Inc
1506 E Villa St
Elgin, Il. 60120

Selective Insurance Co.
Box 371468
Pittsburgh, Pa 15250-7468

Sprint
PO Box 4181
Carol Stream, Il. 60197

Standard Cartage Company
2400 S 27th Ave
Broadview, Il 60155

Staples
Dept. DET
PO Box 83689
Chicago, IL 60696-3689

Sunraise Incorporated
6457 Lakeshore Road
Lexington, Mi 48450

Superior Printing Inks
100 North Street
Teterboro, NJ 07608

Therm-O-Type
PO Box 998
Nokomis, Fl 34274-0998

Tod Electric Company
14N079 Gunpowder Lane
Elgin, Il. 60123

Tompkins
5050 N Rose St
Schiller Park, Il. 60176

Toyo Ink
710 W Belden, Suite B
Addison, Il 60101

Trodat/Marking Products
P O Box 6969
Piscataway, NJ 08855-6969

Twin Oaks Vending
657 Wolverine Dr.
Aurora, Il. 60502

Unisource
1141 N Swift Road
Addison, Il. 60101

United Health Care
Dept. CH 10151
Palatine, Il. 60055-0151

United Marking
2255-4 Lois Drive
Rolling Meadows, Il 60008

United Parcel Service
Lockbox 577
Carol Stream, Il 60132-0577

UPS Freight
28013 Network Place
Chicago, Il. 60673-1280

Waste Management
P O Box 4648
Carol Stream, Il. 60197

West Wind Properties
49W697 Hinkley Rd
Big Rock, Il 60511

# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re **Metro Business Solutions, Inc. d/b/a BCT**                                    Case No.

Debtor(s)                                    Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Metro Business Solutions, Inc. d/b/a BCT**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 23, 2011**                                    **/s/ Stephen J. Costello**

Date                                    **Stephen J. Costello 6187315**

Signature of Attorney or Litigant

Counsel for   **Metro Business Solutions, Inc. d/b/a BCT**

**Costello & Costello**

**19 N. Western Ave. (RT 31)**
**Carpentersville, IL 60110**
**847-428-4544 Fax:847-428-4694**
**steve@costellolaw.com**